**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:   In re Fort Bend Independent School District

Appellate case number:   01-18-01113-CV

Trial court case number:   18-DCV-251366

Trial court:   434th District Court of Fort Bend County

On August 7, 2019, relator, Fort Bend Independent School District (FBISD), filed its second supplemental petition for writ of mandamus seeking to compel the respondent district judge to vacate his August 6, 2019 order re-appointing Michael W. Elliott as a master in chancery in the underlying proceedings and seeking to compel the respondent to enter an order, pursuant to FBISD's July 25, 2019 notice of nonsuit, dismissing the underlying proceedings.

With the supplemental petition, relator also filed an opposed "Motion for Expedited Consideration and Temporary Relief on Fort Bend Independent School District's Second Supplemental Petition for Writ of Mandamus" seeking expedited consideration of this original proceeding and a temporary stay of all proceedings in the trial court, pending disposition of FBISD's three related mandamus petitions. Relator's motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motion and **ORDERS** that all proceedings in the trial court in the above-captioned cause number are **stayed**. This stay is effective until the mandamus petitions in this Court are finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to the second supplemental petition for writ of mandamus by the real party in interest, Michael W. Elliott. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 5 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature:  /s/ Evelyn V. Keyes
                  x  Acting individually     ☐  Acting for the Court

Date: August 8, 2019